| | |
|---|---|
| **From:** | Atwood, Christopher (USAID) |
| **To:** | "Craig Durham" |
| **Subject:** | RE: perales - follow-up |
| **Date:** | Wednesday, May 30, 2018 4:31:00 PM |

Craig-

I received the signed plea agreement. ███████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████

████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████

I'll wait to file the plea agreement until the Court rules on the motion and I hear back from you.

Thanks,
Chris

---

**From:** Craig Durham <chd@fergusondurham.com>
**Sent:** Tuesday, May 29, 2018 4:32 PM
**To:** Atwood, Christopher (USAID) <CAtwood@usa.doj.gov>
**Subject:** Re: perales - follow-up

Attached is a signed copy of the plea agreement.  I've taken the liberty of changing "stash" to "trailer" in those three instances that I mentioned below.  They are highlighted.

So this is submitted to you to meet the deadline today with the understanding that we are awaiting the suppression ruling.

---

**From:** Craig Durham
**Sent:** Tuesday, May 29, 2018 2:11:52 PM